**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically at the time and date indicated, which may be materially different from its entry on the record.**



Russ Kendig
United States Bankruptcy Judge

**Dated: 04:04 PM March 7, 2019**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 PROCEEDINGS |
| TERRY L. FARRIS | : | CASE NO: 18-61650 |
| | : | JUDGE RUSS KENDIG |
| DEBTOR(S) | : | AGREED ORDER DETERMINING MOTION TO DISMISS |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

This matter is before the Court on the Chapter 13 Trustee's **Motion to Dismiss**. The parties have agreed that the Trustee's Motion should be settled as follows:

1. The Debtor is delinquent in the total amount of $7,900.00 as of January 31, 2019. The Plan payments shall be extended by an appropriate number of months to ensure payment of all delinquent amounts.

2. The October 2018 payment is hereby suspended.

3. In addition to the regular March 2019 payment of $3,950.00 due by March 20, 2019, the Debtor shall make a lump sum payment of $3,950.00 on or before March 31, 2019.

The Debtor will continue to make regular monthly payments on time. Regular payments are due by the 20th of each month.

Failure to make one (1) of these required payments will result in the Trustee notifying the Debtor and their Counsel of the delinquency.

Upon such notification, the Debtor will have twenty-one (21) days to bring the payments to the Trustee current. If the Debtor cannot bring the payments current, the Debtor and their Counsel can seek to modify the Plan to suspend or modify payments pursuant to Section 1329 of the Bankruptcy Code.

If no such modification is made or the Debtor has/have not made the required payments within twenty-one (21) days of such notice, an order dismissing the case with an attached affidavit listing the above provisions may be presented to the Court for consideration.

**BE IT SO ORDERED.**

###

**Approved By:**

/s/ James R. Galehouse
JAMES R GALEHOUSE, Attorney for Debtor(s)

**Submitted By:**

/s/ Dynele L. Schinker-Kuharich
Dynele L. Schinker-Kuharich, Chapter 13 Trustee

**SERVICE LIST:**

TERRY L. FARRIS
2391 WOODLAND PARK DRIVE
ONTARIO, OH 44903

JAMES R GALEHOUSE
C/O RAUSER & ASSOCIATES
401 W TUSCARAWAS
CANTON, OH 44702